UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF13210 (rev 02/2017)

In re:

**Larry R McCarty**, 
SSN: xxx–xx–7803    EIN: NA
    aka Larry Ray McCarty
    4808 North 1st Avenue
    Evansville, IN 47710
        Debtor.

Case No. **18–71373–BHL–13**

## NOTICE OF FILING OF CHAPTER 13 PLAN

A Chapter 13 Plan was filed on December 18, 2018, by Debtor Larry R McCarty. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by January 17, 2019, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  December 20, 2018
                                                Kevin P. Dempsey
                                                Clerk, U.S. Bankruptcy Court