# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 18-71373-BHL-13 |
| Larry R McCarty<br>   *aka* Larry Ray McCarty | Chapter 13 |
| Debtor(s). | Judge Basil H. Lorch III |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, in the above captioned proceedings.

 

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that on February 12, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Lloyd Koehler, Debtor's Counsel
    lloydkoehler@hotmail.com

    Robert P. Musgrave, Trustee
    chap13@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on February 12, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Larry R McCarty, Debtor
    4808 North 1st Avenue
    Evansville, IN 47710

                                /s/ Molly Slutsky Simons
                                Molly Slutsky Simons (OH 0083702)
                                Attorney for Creditor